**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-19-00572-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Mercedes Benz S430 2001, VIN #WDBNG70J61A220322, et al., | |
| Defendants. | |

On December 6, 2019, the United States of America filed a verified Complaint for Forfeiture *In Rem* against the defendant properties: Mercedes Benz S430 2001, VIN #WDBNG70J61A220322, Nissan Titan 2006, VIN #1N6AA06A26N518606, Chevrolet Corvette 1999, VIN #1G1YY32GXX5121678, $62,020 in US Currency, $4,109 in US Currency, and Three Rolex watches with an estimated value of $25,525. (Doc. 1.)

On December 23, 2019, the United States mailed copies of the Complaint and Notice of Forfeiture Action to putative claimant Naji Abdalkhaleq via certified mail with return receipt requested.  (Docs. 8, 9.) Notice was successful, with delivery completed to claimant's last known address, 1137 Quari St., Aurora, CO, 80011 and to claimant's attorney, Dan Cooper. (*Id.*) There are no other potential claimants known to the Government. (Doc. 14.)

The United States posted notice of this action on the website

www.forfeiture.gov—an official internet government forfeiture site—from February 4, 2020 through March 6, 2020. (Doc. 11.) No appearance, claim, answer, or motion under Rule 12 of the Federal Rules of Civil Procedure was filed, as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and 18 U.S.C. § 983(a)(4). The Clerk of Court entered default on April 3, 2020. (Doc. 13.) The United States moved for default judgment on April 9, 2020. (Doc. 14.)

The United States has complied with the notice and publication requirements of Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The Court finds that the defendant properties are forfeitable pursuant to 21 U.S.C. §§ 881(a)(4) and (a)(6), as the properties were used, or were intended for use, to transport or facilitate the transportation, sale, receipt, possession, or concealment of synthetic cannabinoids, or represent the proceeds of synthetic cannabinoids trafficking. (Docs. 1, 14.)

Accordingly, pursuant to Rule 55(b)(2) of the Federal Rules of Procedure,

**IT IS ORDERED** that the United States of America's Motion for Default Judgment (Doc. 14) is **granted**.

**IT IS FURTHER ORDERED** that default judgment is hereby entered for the United States of America against the defendant properties: Mercedes Benz S430 2001, VIN #WDBNG70J61A220322, Nissan Titan 2006, VIN #1N6AA06A26N518606, Chevrolet Corvette 1999, VIN #1G1YY32GXX5121678, $62,020 in US Currency, $4,109 in US Currency, and Three Rolex watches with an estimated value of $25,525. All right, title, and interest in the defendant properties is hereby condemned, forfeited to, and vested in the United States of America, and shall be disposed of according to law.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly and close this case.

Dated this 21st day of April, 2020.

_____
Honorable Rosemary Márquez
United States District Judge